John G. Dahlem et al., Appellants, v. Universal School Bus Leasing, Inc., et al., Defendants, and Rhinebeck Central School District, Respondent.—

Christ, P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.